United States District Court
District of Massachusetts

Merzilie Pierre - Plaintiff

Harborside Healthcare - Wakefield - Defendant

Merzilie is a resident of 25 Seaview Avenue Malden MA. 02148, and is a legal resident of this state.

Harborside Healthcare-Wakefield is a legal resident of 1 Beacon St. 11th floor. Boston, MA 02108, and is a legal resident of this state.

This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

On September of 2002 Merzilie (Plaintiff) got fired from Harborside (Defendant) claims that 1 of the resident's was being neglected, the resident's call light was not answered. Plaintiff has no record of neglect (evid). Defendant was always using races comments towards Haitian people, Plaintiff ignored due to not wanting to lose job. Next day the defendant called plaintiff in and said that the resident was complaining that he was being ignored, so defendant suspended

plaintiff to investigate with no pay. After 2 weeks defendant never called plaintiff, when plaintiff called defendant she said after thinking I decided to fire you, come in and sign your release papers. Defendant also said to a supervisor CNA named Patience that she was going to clean the place by firing everybody to hire new people for less pay, that was defendant's plan. I went to Massachusetts against discrimination and filed a complaint, after months w/ them, Harborside asked for a mediation, they refuse to show up or call, when they finally do, they claim that they lowered the position of the defendant from director of nursing to just a nurse, they admitted that they had bad management, every director of nursing never last for a good month, they offered ~~$5,000~~ plaintiff 1,000, letter of recomendation, and her job back. Plaintiff refused ~~additional pay for bad treatment~~ because it was not enough for all the suffering.
The relief that the plaintiff is seeking is a lawyer to defend her.

Merzilie Pierre
25 Seaview Avenue
Malden MA 02148
781-322-7183 and 781-420-6241